IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TERRELL L. COLE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) CRIMINAL NO. 22-30035-NJR<br>)<br>) Title 18, United States Code, Section<br>) 922(g)(1)<br>)<br>) |

**FILED**

**INDICTMENT**

MAR 2 2 2022

**THE GRAND JURY CHARGES:**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST LOUIS OFFICE

## COUNT 1

**FELON IN POSSESSION OF A FIREARM**

On or about August 26, 2021, in St. Clair County, Illinois, within the Southern District of Illinois,

**TERRELL L. COLE,**

defendant herein, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, namely: Aggravated Robbery, on or about October 15, 2013, in Case No. 12-CF-1158, St. Clair County Court, did knowingly possess a firearm, to wit: a Ruger, Model Security-9, 9mm handgun, bearing serial number 384-26090, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

**FORFEITURE OF FIREARMS ALLEGATION**

Upon conviction of the offense alleged in Count 1 of this Indictment,

**TERRELL L. COLE**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in any knowing violation of the offenses described in Count 1 of this Indictment, including but not limited, to the following: a Ruger, Model Security-9, 9mm handgun, bearing serial number 384-26090, and any and all ammunition contained therein.

**A TRUE BILL**

███████████████████
FOREPERSON

_____
DAVID D. DEAN
Assistant United States Attorney

Digitally signed by STEVEN WEINHOEFT
Date: 2022.03.19 20:33:52 -05'00'

_____
STEVEN D. WEINHOEFT
United States Attorney